# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL P. GILBERT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) Civil Action No. 17-cv-02505 |
| v. | ) |
| | ) |
| ARMOR SYSTEMS CORPORATION, | ) Hon. Judge Robert W. Gettleman |
| | ) |
| DEFENDANT. | ) |

### AFFIDAVIT OF TIFFANY LACASSE

I, Tiffany LaCasse, am employed by Armor Systems Corporation ("Armor") as a Compliance Officer. I am over eighteen (18) years of age and capable and fully competent to make this affidavit and testify as to the matters stated in this affidavit. The facts in this affidavit are within my personal knowledge as a Compliance Officer and are true and correct. If called to testify, I could competently testify to the following facts:

1. Armor Systems Corporation is an Illinois Corporation with its principal place of business located at 1700 Kiefer Drive, Suite 1, Zion, Illinois 60099.

2. In the performance of my duties, I am custodian of records as I have under my direct custody and control the business records regarding Plaintiff's account and communications with Plaintiff, including Exhibit A and Exhibit B to this affidavit.

3. The records of Armor, including Exhibit A and Exhibit B attached to this affidavit, are made and kept in the ordinary course of business by such persons who have a business duty to my employer to make such records as a regular practice. The records were made at or near the time of occurrence of the event or events of which they are a record, or from information transmitted, by a person with knowledge of the event or events recorded. I

1

have personally reviewed Armor's records as they relate to Plaintiff and I made this affidavit based upon that personal review. Those records are attached hereto as Exhibit A and Exhibit B.

4. On or about May 13, 2013, Defendant's client Village of Round Lake Park Police Department ("Village of Round Lake") placed an unpaid parking ticket belonging to Plaintiff with Defendant for collection purposes.

5. On or about September 19, 2013, Armor's client, College of Lake County, placed a delinquent account belonging to Plaintiff with Armor for collection purposes.

6. On or about July 3, 2018, Plaintiff called Armor requesting information regarding the College of Lake County account that he noticed on his credit report. A true and accurate copy of the account notes for Plaintiff's accounts are attached hereto as Exhibit B.

7. Both the College of Lake County and the Village of Round Lake accounts were discussed with Plaintiff on this phone call. However, the Village of Round Lake account was not reported to the credit bureaus.

8. On this call, Plaintiff requested a letter so that he could start making payments.

9. On or about July 5, 2018, Armor sent a single collection letter to Plaintiff requesting payment on the two accounts placed with Defendant for collection. A true and accurate copy of the letter is attached hereto as Exhibit A.

10. This letter was not the initial validation notice sent on the accounts.

11. It is Armor's policy to issue an initial validation letter when an account is placed with it for collection.

12. Armor sends separate initial validation notices for each account.

13. Only secondary collection notices combine accounts into one notice.

14. On or about July 24, 2018, Plaintiff called Defendant and stated that he did not want to pay on the College of Lake County account yet. *See*, Ex. B.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

Tiffany LaCasse
Compliance Officer
Armor Systems Corporation
1700 Kiefer Drive, Suite 1
Zion, IL 60099

Sworn to and subscribed before me on this 4th day of April, 2019.

*[signature]*

Notary Public

OFFICIAL SEAL
BERNETA J. HOLMES
Notary Public - State of Illinois
My Commission Expires 6/27/2021

3

# EXHIBIT A

1700 Kiefer Drive, Suite 1
Zion, IL 60099-5105

**IF PAYING BY CREDIT CARD, FILL OUT BELOW** - CHECK CARD USING FOR PAYMENT

| MasterCard MASTERCARD | VISA VISA | |
|---|---|---|
| CARD NUMBER | | CVV2 CODE |
| SIGNATURE | | EXP. DATE |
| STATEMENT DATE | | CURRENT AMOUNT DUE |
| 07/05/2018 | | $499.00 |
| ACCOUNT NUMBER | | $ AMOUNT ENCLOSED |
| 01-002788113 | | |

MICHAEL P GILBERT
614 ABERDEEN RD
CARY, IL 60013-2512

Make Checks Payable and Remit to:

**ARMOR**

Armor Systems Corporation
1700 Kiefer Drive, Suite 1
Zion, IL 60099-5105

☐ Please check box if above address is incorrect and indicate change(s) on reverse side.

◄ DETACH UPPER PORTION AND RETURN WITH PAYMENT ►

---

Creditor:        COLLEGE OF LAKE COUNTY
Creditor Account #:  1005698
You Owe:         $499.00

### YOUR REPLY IS REQUESTED

To determine future processing of your account(s), please tell us how you intend to resolve this debt(s).

Check one and return this form to us.

( ) I intend to pay in full (See payment alternatives)
( ) I would like a payment plan if I qualify (Call Armor now)

| Creditor Name(s) | Amount |
|---|---|
| VILLAGE OF ROUND LAKE PARK POLICE DEPT | 250.00 |
| COLLEGE OF LAKE COUNTY | 249.00 |
| **Total Balance Owing** | **$499.00** |

### PAYMENT ALTERNATIVES

1. Money Order or Check (Return in enclosed envelope)
2. Pay online at pay.armorsys.com
3. Visa or MasterCard (Fill in information above and return)
4. Automated- Pay by phone (Call (800) 786-1895)

Please call #32 MARIA SANCHEZ at (800) 786-1895.

### NOTICE

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This notice is from a collection agency.

---

Armor Systems Corporation • 1700 Kiefer Drive, Suite 1 • Zion, IL 60099 • FAX (847) 731-2233     10

## CHANGE OF ADDRESS, MISSPELLINGS OR OTHER CHANGES? PLEASE PRINT CORRECTIONS

| Name | | | Phone # ( ) |
|---|---|---|---|
| Address | City | State | Zip Code |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10103_121013

# EXHIBIT

# B

```
Guarantor GILBERT              MICHAEL P              Case# 002768687   *NOTES-Expanded view*
```

```
09/12/13  140  CALL WITHOUT MY PERMISSIO DBTR SAID HE DON'T WANT   11:03  DARRYL
09/12/13  140  ANY CALLS FROM US                                   11:04  DARRYL
09/12/13  240  NO MORE CALLS DBTR SAID                             11:05  DARRYL
09/12/13  811  SENT NOTICE                                         11:02  DARRYL
09/12/13       Cell Ph -   847 815-0301                            11:05  DARRYL
09/12/13  140  RES-DBTR SZ NO MORE CALLS                           11:03  DARRYL
09/12/13  240  T/POE-D SZ NO MORE CALLS                            11:05  DARRYL
09/12/13       Close Code -                                        18:30  KATHY
09/12/13  610  I STOPPED THE NTC FROM GOING OUT-- NO NEED FOR ONE  18:33  KATHY
09/13/13       Returned mail flag    to S                          09:52  TIFFANY
09/19/13       Pri 002768687-002788113                              09:34  NICOLEB
09/20/13  702  PREVIOUSLY SKIPTRACED                               00:09  ISc
07/03/18  610  REMOVED DNC CODES- DTR GIVES PERM TO CALL AGAIN     12:01  ARGERENA
07/03/18  669  opx -              ARG s669                         12:01  ***
07/03/18  811  SENT NOTICE                                         12:01  ARGERENA
07/06/18       City-ROUND LAKE BEACH                               05:45  LLNCOA
07/06/18       State/Zip - IL 60013                                05:45  LLNCOA
07/24/18  820  DTR CI- STATES CLIENT DISMISSED THIS TKT- CLAIMS W  11:32  ARGERENA
07/24/18  820  ENT TO COURT FOR 2768687-SD AROUND VETERAN'S DAY    11:32  ARGERENA
```

```
07/24/18  820   IN 2013 WHEN HE WENT TO   COURT & TKT DISMISSED-      11:32  ARGERENA
07/24/18  820   PLS CONFIRM WITH VORLPPD                              11:32  ARGERENA
07/24/18  820   Worker changed from 32                                11:32  ***
07/25/18  410   EMLD CLNT/CINDY                                       16:54  ARB2
07/25/18  410   EMAILED REQ TO CLIENT                                 16:54  ARB2
08/01/18  410   EMDL CLNT/CINDY, SHE EML RIGHT BACK-SHE WAS ON VAC    13:13  ARB2
08/01/18  410   A AND WILL LOOK INTO THIS                             13:13  ARB2
08/01/18  410   EMAILED REQ TO CLIENT                                 13:13  ARB2
08/02/18  601   PER CLNT/CINDY SHE DOES NOT SEE ANY INDICATION THA    14:30  ARB2
08/02/18  601   T HE APPEARED IN COURT FOR THE VIOLATION. THE TICK    14:30  ARB2
08/02/18  601   ET WAS ISSUED 3/15/13, SO FOR HIM TO SAY HE WAS IN    14:30  ARB2
08/02/18  601    COURT IN NOVEMBER, SEEMS RATHER ODD-THEY HAVE ADJ    14:31  ARB2
08/02/18  601   UDICATION HEARINGS ONCE A MONTH, SO IF HE DID COME    14:31  ARB2
08/02/18  601    TO COURT IT SHOULD HAVE BEEN A MONTH OR TWO AFTER    14:31  ARB2
08/02/18  601    ISSUANCE NOT 8. UNLESS HE CAN PRODUCE PAPERWORK S    14:31  ARB2
08/02/18  601   TATING THIS HAPPENED, HIS FINE IS STILL OUTSTANDIN    14:31  ARB2
08/02/18  601   G AS FAR AS OUR RECORDS SHOW                          14:31  ARB2
08/02/18  647   EMLD MARI                                             14:31  ARB2
08/02/18  601   Worker changed from 52                                14:30  ***
```

```
Guarantor  GILBERT              MICHAEL P         Case# 002768687  *NOTES-Expanded view*
```
Case: 1:18-cv-05170 Document #: 24-1 Filed: 04/04/19 Page 11 of 14 PageID #:65

```
08/02/18   14    DELETED FOLLOW UP DATE                        14:53 ARGERENA
08/14/18         Close Code -                                  13:44 ARTL
10/20/18  606    opx -   6          ARN s606-01                01:06 ***
10/20/18  607    clx -                ARN s607-01              01:06 ***
```

```
Guarantor GILBERT            MICHAEL    P      Case# 002788113  *NOTES-Expanded view*

01/08/18      Credit Reporting - ALL                                          16:53 ARTL
02/01/18      Credit Reporting - ALL                                          12:12 ARTL
03/01/18      Credit Reporting - ALL                                          09:29 ARTL
03/16/18      Credit Reporting - ALL                                          13:13 ARTL
03/30/18      Credit Reporting - ALL                                          15:59 ARTL
04/17/18      Credit Reporting - ALL                                          13:35 ARTL
05/01/18      Credit Reporting - ALL                                          13:43 ARTL
05/18/18      Credit Reporting - ALL                                          13:14 ARTL
06/01/18      Credit Reporting - ALL                                          13:39 ARTL
06/18/18      Credit Reporting - ALL                                          17:26 ARTL
07/02/18      Credit Reporting - ALL                                          10:01 ARTL
07/03/18      153 NASA CIR                                                    11:59 ARGERENA
07/03/18      City-ROUND LAKE                                                 11:59 ARGERENA
07/03/18      State/Zip - IL 600732844                                        11:59 ARGERENA
07/03/18      Cell Ph -     000-0000                                          11:59 ARGERENA
07/03/18      Auth.to call 847 815-0301                                       11:59 ARGERENA
07/03/18      City-CARRY                                                      11:59 ARGERENA
07/03/18      Returned mail flag S to                                         11:59 ARGERENA
07/03/18  669 DTR CI OFF C/R- C#0301-  GAVE PERM TO CALL HIM- UP              12:01 ARGERENA
```

```
07/03/18  669   DATED ADD- REQUESTED BAL LTR SO HE CAN START MAKIN   12:01  ARGERENA
07/03/18  669   G PMTS- EXPLAINED OPTIONS                            12:01  ARGERENA
07/03/18  669   opx -               ARG s669                         12:01  ***
07/03/18  669   CREDIT INFO GIVEN TO.....                            12:01  ARGERENA
07/03/18  811   SENT NOTICE                                          12:01  ARGERENA
07/06/18        Ltr 10-Y-Mail w/USPS Addr                            05:45  LLNCOA
07/06/18        State/Zip - IL 60013                                 05:45  LLNCOA
07/18/18        Credit Reporting - ALL                               15:36  ARTL
07/24/18   22   CREDIT CALL TRANSFER TO MARI                         11:28  ARGU
07/24/18   22   MOVE TO NEXT ACCOUNT                                 11:28  ARGU
07/24/18  669   DTR CI OFF BAL LTR- SAYS DOESN'T WANT TO PAY ON CL   11:33  ARGERENA
07/24/18  669   C ACCT YET NOR HAS ANYTHING TO 'SAY ABOUT IT'- ON    11:33  ARGERENA
07/24/18  669   THE TKT (LINKED), CLAIMS WAS DISMISSED IN COURT-     11:34  ARGERENA
07/24/18  669   SENT TO BETH TO VERF WITH CLIENT                     11:34  ARGERENA
07/24/18  669   CREDIT INFO GIVEN TO.....                            11:33  ARGERENA
07/25/18  410   EMLD CLNT/CINDY                                      16:51  ARB2
07/25/18  410   EMAILED REQ TO CLIENT                                16:51  ARB2
08/01/18        Credit Reporting - ALL                               11:22  ARTL
08/02/18  698   LMOC #0301                                           14:54  ARGERENA
```

```
Guarantor GILBERT            MICHAEL    P    Case# 002788113  *NOTES-Expanded view*
                                   Case: 1:18-cv-05170 Document #: 24-1 Filed: 04/04/19 Page 14 of 14 PageID #:68

08/02/18    14   DELETED FOLLOW UP DATE                                        14:53  ARGERENA
08/14/18         Returned mail flag   to S                                     13:44  ARTL
08/14/18         Close Code -                                                  13:45  ARTL
08/14/18   610   WE RCVD A LAWSUIT NTC ON THIS--SO PUTTING ACCT ON             13:45  ARTL
08/14/18   610   MAIL/DIALER HOLDS. PLS REFER DBTR TO HIS ATTY IF H            13:45  ARTL
08/14/18   610   E CALLS IN                                                    13:45  ARTL
08/17/18         Credit Reporting - ALL                                        16:14  ARTL
09/04/18         Credit Reporting - ALL                                        17:18  ARTL
10/01/18         Credit Reporting - ALL                                        15:45  ARTL
10/20/18   606   opx -   6        ARN s606-01                                  01:06  ***
10/20/18   607   clx -             ARN s607-01                                 01:06  ***
11/01/18         Credit Reported-WITHDRAWN                                     10:59  ARTL
```