UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL P. GILBERT, <br><br> Plaintiff, <br><br> v. <br><br> ARMOR SYSTEMS CORPORATION, <br><br> Defendant. | 1:18-cv-05170 |

**MOTION FOR LEAVE TO WITHDRAW AS DEFENDANT
ARMOR SYSTEMS' COUNSEL**

Legal counsel for Defendant ARMOR SYSTEMS CORPORATION ("Armor Systems"), Joseph S. Messer and Stephanie A. Strickler, of Messer Strickler, Ltd. ("Counsel") hereby move this Court for an order granting them leave to withdraw as counsel of record in this action, and in support of which, states as follows:

1. Local Rule 83.17 provides that "[t]he attorney of record may not withdraw, nor may any other attorney file an appearance on behalf of the same party or as a substitute for the attorney of record, without first obtaining leave of court …."

2. Armor Systems has dissolved and as such has asked Counsel to withdraw from this case. Because the reasoning behind this request is governed by the attorney-client privilege, the basis for Armor Systems' request to withdraw is privileged. However, as a further basis, because Armor Systems has dissolved, it no longer can pay Counsel for representation.

3. For the reasons discussed in Paragraph 2, Counsel can no longer represent Armor Systems.

4. Counsel certifies that attorney Stephanie A. Strickler will email and mail a filed stamped copy of this Motion to Armor Systems immediately after filing this Motion.

1

WHEREFORE, for the reasons set forth above, counsel for Defendant ARMOR SYSTEMS CORPORATION, Joseph S. Messer and Stephanie A. Strickler of Messer Strickler, Ltd. respectfully requests that this Court enter an order granting them leave to withdraw as counsel of record.

    Respectfully submitted,

    /s/ Stephanie A. Strickler
    Stephanie A. Strickler IL#6314089
    Messer Strickler, Ltd.
    225 W. Washington St., Suite 575
    Chicago, IL 60606
    (312) 334-3465 (direct)
    (312) 334-3473 (fax)
    sstrickler@messerstrickler.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 25th day of July, 2019, a true and accurate copy of the foregoing was filed with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record and to Armor Systems via email and by U.S. Mail to the address listed in the Notification of Party Contact Information.

    /s/ Stephanie A. Strickler
Stephanie A. Strickler IL#6314089
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60606
(312) 334-3465 (direct)
(312) 334-3473 (fax)
sstrickler@messerstrickler.com