UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL P. GILBERT, | |
| Plaintiff, | Case No. 1:18-cv-05170 |
| v. | Hon. Judge Robert W. Gettleman |
| ARMOR SYSTEMS CORPORATION, | |
| Defendant. | |

## DEFAULT JUDGMENT ORDER

1. Judgment by default is entered in favor of Plaintiff MICHAEL P. GILBERT and against Defendant ARMOR SYSTEMS CORPORATION as follows:

| | |
|---|---|
| a. Statutory Damages | $ 1,000.00 |
| c. Attorney fees | $ 18,380.00 |
| d. Costs | $ 934.25 |

2. Allowing judgement interest to be added per diem.

Dated: Sept 10, 2019

Entered:

/s/ Robert Gettleman